**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN WILLIAMS,<br><br>             Plaintiff,<br><br>       vs.<br><br>SOTO, et al.,<br><br>             Defendants. | 1:23-cv-00547-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 13) |

Plaintiff Melvin Williams is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 7, 2023, the assigned magistrate judge issue findings and recommendations, recommending that Plaintiff's third *in forma pauperis* application be denied and that Plaintiff be ordered to pay the filing fee to proceed with this action. (Doc. 13.) Plaintiff was permitted fourteen days to file objections to the findings and recommendations. To date, Plaintiff has not filed objections.

However, on June 23, 2023, Plaintiff moved for an extension of time to pay the filing fee. (Doc. 14.). The magistrate judge granted the motion, ordering Plaintiff to pay the filing fee by no later than July 18, 2023. However, Plaintiff has failed to do so.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The Findings and Recommendations issued on June 7, 2023, (Doc. 13), are **ADOPTED IN FULL**.
2. Plaintiff's third application to proceed *in forma pauperis* (Doc. 11) is **DENIED**.
3. Plaintiff shall pay the $402.00 filing fee in full within twenty-one (21) days of the entry of this order if he wants to proceed with this action.
4. Plaintiff is advised that, if he fails to timely pay the filing fee in full, this action will be dismissed.

IT IS SO ORDERED.

Dated: **July 26, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE