UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN E. WILLIAMS,<br><br>         Plaintiff,<br><br>v.<br><br>SOTO, et al.,<br><br>         Defendants. | 1:23-cv-00547-JLT-EPG  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE MELVIN E. WILLIAMS, CDCR#F-53097, VIA TELEPHONE CONFERENCE<br><br>DATE: March 25, 2026<br>TIME:  10:00 a.m. |

Melvin E. Williams, inmate, CDCR#F-53097, a necessary and material witness in a pre-settlement telephone conference in this case on March 25, 2026, is confined at 21633 Avenue 24, Chowchilla, CA 93610, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena Barch-Kuchta, by telephone conference from his place of confinement on March 25, 2026, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephone conference, to participate in a pre-settlement conference at the time and place above, until completion of the pre-settlement conference or as ordered by the court. Dial-in instructions are as follows: dial-in number: 1-669-254-5252; meeting ID 160 644 7139; passcode: 646053.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of 21633 Avenue 24, Chowchilla, CA 93610**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta at the time and place above, by telephone conference, until completion of the pre-settlement conference, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.


Dated:   __**February 27, 2026**__          ___/s/ Erica P. Grosjean___
                                          UNITED STATES MAGISTRATE JUDGE