UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN E. WILLIAMS,<br><br>                    Plaintiff,<br><br>v.<br><br>SOTO, et al.,<br><br>                    Defendants. | 1:23-cv-00547-JLT-EPG  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE MELVIN E. WILLIAMS, CDCR#F-53097, VIA ZOOM VIDEO CONFERENCE<br><br>DATE: March 30, 2026<br>TIME:  10:00 a.m. |

Melvin E. Williams, inmate, CDCR#F-53097, a necessary and material witness in a settlement conference in this case on March 30, 2026, is confined at 21633 Avenue 24, Chowchilla, CA 93610, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena Barch-Kuchta, by Zoom video conference from his place of confinement on March 30, 2026, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of 21633 Avenue 24, Chowchilla, CA 93610**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta at the time and place above, by Zoom video conference, until completion of the settlement conference, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.


Dated:    **February 27, 2026**              /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE