UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN E. WILLIAMS,<br><br>           Plaintiff,<br><br>v.<br><br>SOTO, et al.,<br>           Defendants. | 1:23-cv-00547-JLT-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **MELVIN E. WILLIAMS, CDCR # F-53097** <u>**VIA ZOOM VIDEO CONFERENCE**</u><br><br>**DATE: April 8, 2026**<br>**TIME: 10:00 a.m.** |

**Melvin E. Williams, inmate, CDCR #F-53097,** a necessary and material witness in settlement conference in this case on April 8, 2026, is confined at **Valley State Prison, 21633 Avenue 24, Chowchilla, CA 93610**, in the custody of the Warden. To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear inmate before Magistrate Judge Helena M. Barch-Kuchta, by **Zoom video conference** from his place of confinement, on **April 8, 2026, at 10:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, and the inmate's necessary legal papers, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3.  The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Valley State Prison, Chowchilla, CA at (559) 665-8919 or via email at CDCRVSPLitigationCoordinator@cdcr.ca.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Valley State Prison, 21633 Avenue 24, Chowchilla, CA 93610**

**WE COMMAND** you produce the inmate named above to testify before Magistrate Judge Helena M. Barch-Kuchta at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


Dated:   March 30, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

